Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Trust Funds

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;<br><br>Plaintiffs,<br><br>v.<br><br>KROEKER, INC., a California corporation,<br><br>Defendant. | Case No.: C11-4002 CRB<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO THE COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2** |

The parties, by and through their respective counsel, hereby stipulate as follows:

Pursuant to Civil L.R. 6-1 and 6-2, the Parties hereby stipulate to an extension of sixty (60) days for the filing of Defendant's response to Plaintiffs' Complaint. The original response date for the filing of Defendant's response was September 8, 2011. However, due to immediate good faith negotiations between the parties to resolve the matter by settlement, Plaintiffs' counsel granted a number of extensions of time for the filing of Defendant's response to the Complaint, up to and including, November 18, 2011. Pursuant to this Stipulation, the parties stipulate to an extension of time for the filing of Defendant's response to the Complaint until January 17, 2011 so that the matter may be resolved by way of written settlement agreement.

/////

/////

-1-
**STIUPLATION TO EXTEND TIME TO FILE**
**Case No.: C11-4002 CRB**

1   The parties further stipulate to the continuance of the Case Management Conference currently scheduled for December 2, 2011, to January 27, 2012 or on a date convenient to the Court.

This request for an enlargement of time pursuant to Local Rule 6-1(b) is being filed 14 days before the scheduled Case Management Conference.

**Reasons For The Enlargement Of Time**

The Parties have reached an agreement in substance which will resolve the dispute without the need for litigation. The parties wish to conserve the limited resources of the parties and prefer to expend funds in the resolution of the dispute rather than in the incurrence of attorneys' fees.

The dispute relates to the payments due by Defendant of contributions to the Plaintiff Trust Funds for May through July 2011. Defendant is the victim of embezzlement by a long term trusted employee. Defendant also has been a victim of the current recession which has significantly impacted the construction industry. Nevertheless, Defendant is current with its payment of contributions for August through October, 2011 to Plaintiff Trust Funds, and the parties have reached agreement concerning a payment schedule in settlement of Plaintiffs' claims. The parties are not yet in agreement concerning the form of the settlement agreement and need additional time to reduce the terms of the agreement to writing.

**Previous Time Modifications**

Other than Plaintiffs' extensions of time to Defendant to respond to the Complaint, there have been no other time modifications by stipulation or court order.

**Effect Of Requested Time Modification On Case Schedule**

This Stipulation to extend the time for Defendant to respond to the Complaint and continue the Case Management Conference is unlikely to have any effect on the scheduling of this case.

Case3:11-cv-04002-CRB   Document6   Filed11/22/11   Page3 of 3

1

2         Based upon the foregoing, the parties respectfully submit there is good cause for

3   the continuance of the Case Management Conference and the Court's approval of the extension of

4   time for the Defendant to respond to the Complaint.

5         IT IS SO STIPULATED

6

7   Dated: November 18, 2011          **SALTZMAN & JOHNSON LAW CORPORATION**

8

9

10                                    By:  /s/
                                      Muriel B. Kaplan, Esq.
                                      Attorney for Plaintiffs

11

12  Dated: November 17, 2011          **LAW OFFICE OF GREGORY J. SMITH**

13

14                                    By:  /s/
                                      Gregory J. Smith, Esq.
                                      Attorney for Defendant

15

16

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

18

19  Dated: _____November 21_, 2011    _____
                                      UNITED STATES DISTRICT COURT JUDGE



-3-
**STIUPLATION TO EXTEND TIME TO FILE**
**Case No.: C11-4002 CRB**

P:\CLIENTS\OE3CL\Kroeker, Inc\Pleadings\Stipulation to Extend Time to Answer.DOC